IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 1:20-mj-59 |
| v. | ) |
| | ) Richard A. Lanzillo |
| DEVON BRYCE POLAND | ) United States Magistrate Judge |

## HEARING MEMO/MINUTE ENTRY

Hearing Date: 6/11/2020
Time: 3:20 p.m. – 3:34
Type of Hearing: Bond Hearing
Reporter: Janis Ferguson
Deputy Clerk/Law Clerk: Debra Mayo

**Counsel for Plaintiff**
Duncan T. Brown, AUSA

**Counsel for Defendant**
Maria Goellner, AFPD

**Orders, Remarks, Instructions**

Court reviewed Conditions of Release and Bond information. Defendant sworn to bond. Ordered released after processing and once electronic monitoring conditions are met.

Government orally motions for a stay of release pending the filing of an appeal in the Northern District of Ohio pursuant to 18:3145(a)(1). Motion is Denied.